UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| MICHAEL M. FIEGEN and<br>KATHLEEN M. FIEGEN,<br><br>Plaintiffs,<br><br>vs.<br><br>STONEGATE MEADOWS, LLC and<br>WESLEY W. MORGAN, individually, and<br>BILLY C. VAUGHN, individually, and<br>KEYBANK NATIONAL ASSOCIATION,<br><br>Defendants. | CIV. 04-4155<br><br>NOTICE OF DISMISSAL<br><br>PURSUANT TO FED.R. CIV.P. (a)(1)(ii) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COMES NOW, plaintiffs, Michael M. Fiegen and Kathleen M. Fiegen, and dismisses their lawsuit, with prejudice, pursuant to Fed.R. Civ.P. 41(a)(1)(i), against defendant Stonegate Meadows, LLC, in that defendant Stonegate Meadows, LLC has not served an answer, having been served a Summons and Complaint on October 12, 2004.

Dated this 31st day of March, 2005.

_____
Michael M. Fiegen, plaintiff

_____
Kathleen M. Fiegen, plaintiff

CHRISTENSON LAW OFFICE, P.C.

_____
Robert A. Christenson
311 East 14th Street, Suite 100
Sioux Falls, SD 57105
(605) 332-1200
*Attorney for Plaintiffs*