

# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| MICHAEL M. FIEGEN and<br>KATHLEEN M. FIEGEN,<br><br>Plaintiffs,<br><br>STONEGATE MEADOWS, LLC and<br>WESLEY W. MORGAN, individually, and<br>BILLY C. VAUGHN, individually, and<br>KEYBANK NATIONAL ASSOCIATION,<br><br>Defendants. | CIV. 04-4155<br><br>STIPULATION FOR DISMISSAL<br>PURSUANT TO FED. R.CIV.P. (a)(1)(ii) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COMES NOW, plaintiffs, Michael M. Fiegen and Kathleen M. Fiegen, and defendants, Stonegate Meadows, LLC, Billy C. Vaughn, individually, and Keybank National Association, and stipulate as follows:

1. An Agreement and Release of all claims has been implemented between plaintiffs, Michael M. Fiegen and Kathleen M. Fiegen, and defendant Billy C. Vaughn. Accordingly, the differences between plaintiffs Michael M. Fiegen and Kathleen M. Fiegen and defendant Billy C. Vaughn having been resolved by negotiation and settlement, it is hereby stipulated between plaintiffs Michael M. Fiegen and Kathleen M. Fiegen and defendant Billy C. Vaughn, that defendant Billy C. Vaughn be dismissed from the above referenced lawsuit, with prejudice and without allocation of costs to either party.

2. An Agreement and Release of all claims has been implemented between plaintiffs, Michael M. Fiegen and Kathleen M. Fiegen, and defendant Keybank National Association. Accordingly, the differences between plaintiffs Michael M. Fiegen and Kathleen M. Fiegen and defendant Keybank National Association having been resolved by negotiation and settlement, it is hereby stipulated

between plaintiffs Michael M. Fiegen and Kathleen M. Fiegen and defendant Keybank National Association, that Keybank National Association be dismissed from the above referenced lawsuit, with prejudice and without allocation of costs to either party.

Dated this 31st day of March, 2005.

_____
Michael M. Fiegen, plaintiff

_____
Kathleen M. Fiegen, plaintiff


CHRISTENSON LAW OFFICE, P.C.

_____
Robert A. Christenson
311 East 14th Street
Sioux Falls, SD 57105
(605) 332-1200
***Attorney for Plaintiffs***

HAGEN, WILKA & ARCHER

*Thomas K Wilka*

Thomas K. Wilka
P.O. Box 964
Sioux Falls, SD 57101
(605) 334-0005
*Attorney for Billy C. Vaughn*

DAVENPORT, EVANS, HURWITZ & SMITH, LLP

_____
Thomas M. Frankman
513 South Main Avenue
P.O. Box 1030
Sioux Falls, SD 57101-1030
(605) 336-2880
***Attorney for Keybank National Association***