FILED
APR 1 3 2005
CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| MICHAEL M. FIEGEN and KATHLEEN M. FIEGEN, | CIV. 04-4155 |
| Plaintiffs, | |
| | NOTICE OF AMENDED CAPTION |
| STONEGATE MEADOWS, LLC and WESLEY W. MORGAN, individually, and BILLY C. VAUGHN, individually, and KEYBANK NATIONAL ASSOCIATION, | |
| Defendants. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COMES NOW, Robert A. Christenson, attorney for plaintiffs, Michael M. Fiegen and Kathleen M. Fiegen, and states that the caption on the Stipulation for Dismissal filed on April 11, 2005 in the above referenced case should read STIPULATION FOR DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(ii).

Dated this _12th_ day of April, 2005.

CHRISTENSON LAW OFFICE, P.C.

BY: _____
Robert A. Christenson
Christenson Law Office, P.C.
311 East 14th Street, Suite 100
Sioux Falls, SD 57104
(605) 332-1200
Attorney for Defendants