UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION


FILED
APR 20 2005
CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| MICHAEL M. FIEGEN and<br>KATHLEEN M. FIEGEN,<br><br>Plaintiffs,<br><br>STONEGATE MEADOWS, LLC and<br>WESLEY W. MORGAN, individually, and<br>BILLY C. VAUGHN, individually, and<br>KEYBANK NATIONAL ASSOCIATION,<br><br>Defendants. | CIV. 04-4155<br><br>ORDER FOR DISMISSAL |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The Plaintiffs, Michael M. Fiegen and Kathleen M. Fiegen, and Defendants, Billy C. Vaughn and Keybank National Association, having resolved their differences through negotiation, and attorneys for Plaintiffs, Michael M. Fiegen and Kathleen M. Fiegen, and defendants, Billy C. Vaughn and Keybank National Association, having stipulated to a dismissal among themselves,

IT IS HEREBY ORDERED that defendants Billy C. Vaughn and Keybank National Association, are hereby dismissed, with prejudice, as defendants from the above referenced case, with plaintiffs and defendants Billy C. Vaughn and Keybank National Association bearing their own costs.

Dated this 19th day of April, 2005.

BY THE COURT:

_____
Hon. Lawrence L. Piersol
United States District Court Judge

ATTEST:
Joseph Haas, Clerk
by _____
(SEAL)