# United States District Court

## District of South Dakota

Office of the Clerk
Room 128, Federal Building
400 S. Phillips Ave.
Sioux Falls, SD 57104-6851

Joseph Haas
Clerk of Court

Telephone
(605) 330-4447

March 28, 2006

Roger A. Milam
Clerk of Court
Middle District of Tennessee
800 United States Courthouse
801 Broadway
Nashville, TN 37203-3869

RE:   CIV04-4155   Michael M. Fiegen and Kathleen M. Fiegen v. Wesley W. Morgan, Individually, et al.

Dear Mr. Milam:

Enclosed please find a certified copy of "Memorandum Opinion and Order re: Motion to Dismiss, or in the Alternative, to Transfer Venue" in regard to the above-captioned case. In accordance with the Memorandum Opinion and Order, this case is being transferred to the Middle District of Tennessee. You should be able to access our file online using your Pacer account to retrieve the documents in this matter. If you have any questions, please feel free to contact me.

Sincerely,


Deb Peterson
Deputy Clerk

dp

Enclosure